**Emmett SPOONER, Sr.; Cheryl W. Spooner, Plaintiffs–Appellants,**

**v.**

**Sid GAUTREAUX, Sheriff; Capital One National Association, Incorporated, Defendants–Appellees.**

No. 11–30651

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Jan. 31, 2012.

Emmett Spooner, Baton Rouge, LA, pro se.

Cheryl W. Spooner, Baton Rouge, LA, pro se.

Judson G. Banks, Crawford Lewis, P.L.L.C., Baton Rouge, LA, Thomas K. Potter, III, Burr & Forman, L.L.P., Nashville, TN, for Defendants–Appellees.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *See Hernandez v. Yellow Transp., Inc.*, 641 F.3d 118, 124 (5th Cir.2011).

PER CURIAM: *

The plaintiffs, proceeding *pro se* in the district court and on appeal, sued under 42 U.S.C. § 1983, attacking various transactions regarding a foreclosure. The magistrate judge issued an extensive report recommending that the district court should abstain from exercising jurisdiction and should dismiss the suit without prejudice. The district court adopted that recommendation.

We agree with the magistrate judge that abstention is required by *Younger v. Harris*, 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971), and *Health Net, Inc. v. Wooley*, 534 F.3d 487 (5th Cir.2008). The judgment of dismissal without prejudice is AFFIRMED, essentially for the reasons given by the magistrate judge in her report. The motion for leave to file a supplemental brief and to provide additional evidence is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.